**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-50610 |
| | : | |
| MILLER, MICHAEL S. | : | Chapter 7 |
| MILLER, SHARON L. | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.59 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ohio Bureau of Workers' Compensation<br>c/o Pope Law Offices, LLC<br>98 County Line Road West, Suite A<br>Westerville, OH 43082 | 16 | $4.59 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $4.59 | $0.00 |

Dated: August 24, 2011

/s/ David M. Whittaker
David M. Whittaker, Trustee (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Phone: (614) 227-2355
Fax: (614) 227-2390
Email: dwhittaker@bricker.com

cc: United States Trustee

4768296v1

BANK OF AMERICA, N.A.
32-1/1110 TX
0

CHECK NUMBER
**119**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

| DATE | AMOUNT |
|---|---|
| 08/23/11 | ***********4.59 |

# 2496479

PAY TO THE ORDER OF

Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-50610    JEH | Debtor: MILLER, MICHAEL S. |
| | Joint Debtor: MILLER, SHARON L. |

*Four Dollars And 59/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000119⑈ ⑆111000012⑆ 4437791726⑈

---

| Date: 08/23/11 | Check Number: 119 | Amount: 4.59 |
|---|---|---|

Case Number: 10-50610    JEH
Debtor Name: MILLER, MICHAEL S.

| Paid To: | Clerk, United States Bankruptcy Court<br>170 North High Street<br>Columbus OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description: REMITTED TO COURT    *Filing Fee for Adv. Pro. 10-02242*

Bank Account Number: 4437791726